AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Ricky Silva

APPEARANCE

CASE NUMBER: 1:07-M-01M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ricky E. Silva

I certify that I am admitted to practice in this court.

01-04-07
*Date*

[signature]
*Signature*

Charles A. Tamuleviz 6115
*Print Name* *Bar Number*

144 Westminster St.
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401.490.2939 401.490.2940
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.