AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JAN 03 2007
US MARSHALS
RHODE ISLAND

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
RICKY E. SILVA

## WARRANT FOR ARREST

Case Number: 1:07-M-1M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICKY E. SILVA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

travel in interstate commerce with the intent to carry on an unlawful activity, to wit,

extortion in violation of the Massachusetts extortion statute, Mass. Gen. Laws, ch 265, sec. 25

in violation of Title 18 United States Code, Section(s) 1952(a)(3)

| | |
|---|---|
| DAVID L. MARTIN | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 1-3-07 Providence, Rhode Island |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01 03 2007 | Joseph Degnan | Joseph R Degnan |
| DATE OF ARREST 01 04 2007 | SA FBI | |