O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RICKY E. SILVA

WAIVER OF INDICTMENT

CR 07 049ML

CASE NUMBER:

I, Ricky E. Silva, the above named defendant, who is accused of

travel in interstate commerce from the State of Rhode Island to the State of Massachusetts with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on, of an unlawful activity, said activity being extortion, in violation of Massachusetts General Laws, chapter 265, section 25, and thereafter did perform and attempt to perform acts to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on, of said unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3) and 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 04-05-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature: David L. Martin]
Judicial Officer
4-5-07