IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 07-049ML |
| | ) | |
| RICKY E. SILVA | ) | |

GOVERNMENT'S MOTION TO GRANT DEFENDANT A THIRD-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves this Court to grant the defendant a third-level decrease for acceptance of responsibility.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2007, I electronically filed and served the Within Government's Motion to:

Charles A. Tamuleviz, Esq.
Law Offices
144 Westminster Street, Suite 302
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680