IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 07-049ML |
| | : | |
| RICKY E. SILVA | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A
SENTENCE BELOW THE APPLICABLE SENTENCING GUIDELINES RANGE

Defendant Ricky E. Silva (Defendant) moves for a sentence below the advisory sentencing guidelines range. The advisory guidelines range is 51 - 60 months imprisonment. The Defendant requests a sentence of 48 months, arguing that a comparison between his role and that of co-conspirator Anthony St. Laurent, Sr., consideration of the 56-month sentence received by St. Laurent, and his own personal characteristics warrant a sentence less than that received by St. Laurent. The government requests a sentence of 60 months imprisonment.

The government addresses the Defendant's personal characteristics first. While the Defendant claims he was the recipient of corporal punishment from his mother while growing up, he admits that she did so in an attempt to teach the Defendant right from wrong. No claim of abuse, neglect or torture is made. The Defendant does not claim that he currently suffers from psychological problems. His last reported problem was in January 2002. Finally, the Defendant is a drug abuser, though he successfully completed treatment in May 2006. These factors do not call for a sentence below the advisory guidelines range. In fact, with the exception of his criminal

history, the Defendant's personal characteristics are more positive by far than many of the defendants who have appeared before This Court.

With respect to Anthony St. Laurent, Sr., the government agrees that the extortion plan originated with St. Laurent. However, simply because the plan originated with St. Laurent does not mean that his 56-month term of imprisonment establishes some form of sentencing cap beyond which the Court cannot travel. While St. Laurent formulated the plan, the Defendant was the one to implement it. It was the Defendant who traveled to Massachusetts to seek out the two potential victims. It was the Defendant who was prepared to use threats and force, telling co-conspirator Larry Crites at one point "If he don't make a payment, we'll bang him." It was the Defendant who actively searched for one of the victims. The only reason that violence did not occur that night was because the victim was not located at places he was known by Crites to frequent, not because the Defendant abandoned the plan.

Further, the Court knows its sentencing decisions are determined, in part, by an analysis of a defendant's criminal history. While the government does not advocate that the Court conduct a comprehensive comparison between the criminal histories of the Defendant and Anthony St. Laurent, Sr., the government suggests that St. Laurent's criminal history pales in comparison to that of the Defendant.

The Defendant is 48 years old. Excluding the instant case, he has 37 adult arrests, 31 of which resulted in convictions. He has 15 felony convictions and 16 misdemeanor convictions. Of his 15 felony convictions, eight are for crimes of violence. These crimes of violence include assault with a dangerous weapon (4), felony assault (1), robbery (2), and escape while on furlough (1). At least four of his felony convictions involved the possession or use of a firearm. Three of

his 16 misdemeanor convictions are for simple assault. Over one-third of his criminal convictions are for violent offenses.

The Defendant's violent past, his tendency to resort to firearms, and his commission of the instant crime of violence offense all strongly suggest the need for a 60-month sentence of imprisonment, if for no other reason than to protect the public.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No.1680
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 17th day of July, 2007, I electronically filed and served the Within Government's Response To Defendant's Motion For A Sentence Below The Applicable Sentencing Guidelines Range to:

Charles A. Tamuleviz, Esq.,
Tamuleviz, Hultquist, & Bianchi, LLP,
144 Westminster St., Suite 302,
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No.1680
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov